IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **LEADING TECHNOLOGY COMPOSITES, INC.,**  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**MV2, LLC,**  )<br>)<br>)<br>Defendant.  )<br>_____)  | Case No. 1:19-cv-01256-CCB<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT MV2, LLC'S RENEWED MOTION TO STAY PROCEEDINGS

Pursuant to L.R. 807, Defendant, MV2, LLC ("MV2"), by and through its undersigned counsel, files this Renewed Motion to Stay Proceedings pending completion of Reexamination Control No. 90/014,313, the reexamination proceeding before the United States Patent and Trademark Office for the patent-in-suit, U.S. Patent No 8,551,598.  The bases for MV2's Motion are included in its memorandum of support filed herewith and incorporated here by reference.

By:   /s/
Gerard J. Gaeng (Federal Bar #04970)
G. Adam Ruther (Federal Bar # 30183)
Rosenberg, Martin, Greenberg, LLP
25 S. Charles Street, 21st Floor
Baltimore, Maryland 21201
ggaeng@rosenbergmartin.com
aruther@rosenbergmartin.com
(410) 727-6600 (phone)
(410) 727-1115 (fax)

Daniel A. Tanner, III (admitted *pro hac vice)*
James E. Golladay, II (Federal Bar # 21200)
Tanner IP, PLLC
13057 Champlain Drive
Manassas, Virginia 20112
dan@tannerIP.com
(703) 232-1160 (phone)

*Counsel for Defendant, MV2, LLC*

1

## **CERTIFICATE OF SERVICE**

  I, G. Adam Ruther, certify I have this day served this Renewed Motion to Stay Proceedings and the Memorandum In Support thereof via the Court's ECF filing system which caused a copy to be delivered to all counsel of record.

  SO CERTIFIED, this the 17th day of March 2020.

                      /s/ _____

4851-7463-9287, v. 2